# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-14-00657-CR

**Frank Fitzgerald, III, Appellant**

**v.**

**The State of Texas, Appellee**

## FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
## NO. 72752, THE HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Frank Fitzgerald, III seeks to appeal from a judgment of conviction for possession with intent to deliver a controlled substance in an amount of four grams of more but less than 200 grams. *See* Tex. Health & Safety Code § 481.112(a), (d). The trial court has certified that: (1) this is a plea-bargain case and appellant has no right of appeal, and (2) appellant waived the right of appeal. Accordingly, the appeal is dismissed. *See* Tex. R. App. P. 25.2(a)(2), (d).

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Rose and Goodwin

Dismissed for Want of Jurisdiction

Filed: November 13, 2014

Do Not Publish